# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Eddie Niles Hubbard, | Civil No. 20-cv-2622 (PJS/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Tracey Beltz, | |
| Respondent. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 8, 2021 (ECF No. 7), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

2. The application to proceed *in forma pauperis* of petitioner Eddie Niles Hubbard (ECF No. 3) is **DENIED**.

3. Petitioner will not be granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  1/28/21

The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota